IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ALBERT J. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-059 |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Having reviewed Plaintiff's motion to proceed *in forma pauperis* ("IFP"), (doc. no. 3), the Court **DIRECTS** Plaintiff to update his IFP motion within fourteen days of the date of this Order. Plaintiff shall include a declaration in support of his IFP motion. Upon receipt of the updated information, the Court will rule on the pending IFP request.

SO ORDERED this 1st day of August, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA