IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

24 JAN 18 PM 2:21

CLERK_____
SO. DIST. OF GA.

ALBERT LEWIS,                     *
                                  *
        Plaintiff,                *
                                  *
    v.                            *        CV 323-059
                                  *
MARTIN O'MALLEY, Commissioner     *
of Social Security,[1]            *
                                  *
        Defendant.                *

---

O R D E R

---

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Government's request, with no objection from Plaintiff, to remand this action, **IT IS ORDERED** that the Commissioner's decision is hereby **REVERSED** with a remand of the case to the Commissioner for appropriate agency action.

Upon remand, the Administrative Law Judge shall reconsider the period at issue and further evaluate the opinion evidence. The ALJ will obtain supplemental vocational evidence, addressing and resolving any inconsistencies between the limitations assessed

---

[1] The Clerk is directed to change the named defendant in the case to reflect that Martin O'Malley is now the Commissioner of Social Security.

in the residual functional capacity and the jobs identified that the claimant could perform according to the DOT (Social Security Ruling 00-4p).  The ALJ should update the administrative record, offer the claimant the opportunity for a hearing, and issue a new decision.

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia this /8th day of January, 2024.

UNITED STATES DISTRICT JUDGE

7